UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA WILLIAMS, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>     -v.-<br><br>BKK HOLDINGS, INC.,<br><br>       Defendant. | 20 Civ. 3966 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The initial pretrial conference scheduled for September 8, 2020, is hereby adjourned *sine die* because Defendant has neither appeared nor filed an answer.

  SO ORDERED.

Dated: September 4, 2020
     New York, New York

                    _____
                    KATHERINE POLK FAILLA
                    United States District Judge